USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 3/29/13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

LABIB JANBAY, individually and on behalf of All Others Similarly Situated,

Plaintiff,

10 CIVIL 4430 (RWS)

-against-

**JUDGMENT**

CANADIAN SOLAR, INC., SHAWN QU and ARTHUR CHIEN

Defendants.

---------------------------------------------------------X

Defendants Canadian Solar, Inc. ("CSI" or the "Company"), Shawn Qu ("QU") and Arthur Chien ("Chien") (the "Individual Defendants") (Collectively, the "Defendants") having moved to dismiss the amended ("Amended Complaint" or "AC") consolidated complaint of plaintiff Labib Janbay ("Janbay"), individually and on behalf of all others similarly situated (collectively, the "Plaintiffs") pursuant to Rules 9(b) and 12(b)(6) of the Fed. R. Civ. P. and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b), and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on March 27, 2013, having rendered its Opinion granting defendants' motion and dismissing the AC with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated March 27, 2013, Defendants' motion is granted and the AC is dismissed with prejudice.

**Dated:** New York, New York
March 29, 2013

**RUBY J. KRAJICK**

______________________
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ________